UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONNICA M. DELAMATER,

        Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO. C06-538-MJB

ORDER

Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security, therefore:

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **It is Plaintiff's and/or her attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2) The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 26th day of April, 2006.

                                        MONICA J. BENTON
                                        United States Magistrate Judge

ORDER - 1